J-S31030-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA,    :    IN THE SUPERIOR COURT OF
                 :           PENNSYLVANIA

          Appellee,           :
                 :
             v.               :
                 :
LORI JEAN JOHNSON         :
                 :
          Appellant         :      No. 1546 MDA 2015

Appeal from the Judgment of Sentence August 27, 2015,
in the Court of Common Pleas of Adams County,
Criminal Division, at No(s): CP-01-CR-0000178-2015

BEFORE: SHOGAN, OTT, and STRASSBURGER,* JJ.

DISSENTING MEMORANDUM BY STRASSBURGER, J.:**FILED SEPTEMBER 08, 2016**

I believe the Majority and the trial court erred when overlooking Johnson's monthly rent payment. Accordingly, I respectfully dissent.

In determining Johnson was capable of affording the costs associated with admission into the accelerated rehabilitative program (ARD), the trial court found and the Majority accepted that "[w]ith the exception of the student loans, all of [Johnson's] expenses are discretionary." Trial Court Opinion, 10/6/2015, at 3. In finding as such, the trial court ignored the testimony provided by Johnson that she has, *inter alia,* a $700.00 monthly rent payment. *See* N.T., 6/22/2015, at 3.

---

* Senior Judge assigned to the Superior Court.

Rent is not a discretionary expense. Once it is properly counted as non-discretionary, it seems Johnson would be unable to afford the payment plan as offered by the Adams County District Attorney's office. Therefore, I would vacate Johnson's judgment of sentence and reverse the order that denied her motion to compel admission to the ARD program and remit costs of program.